IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02735-MSK-KLM

CHARLES G. MEDICINE BLANKET,

    Plaintiff,

v.

HOYT BRILL, Warden, K.C.C.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [Docket No. 3; Filed December 16, 2008].

    IT IS HEREBY **ORDERED** that on or before **December 1, 2009**, the Clerk of the Arapahoe County District Court shall provide to this Court the original written record of criminal case no. 97CR4188, *People v. Charles G. Medicine Blanket*.  The record shall be mailed to the United States District Court for the District of Colorado, 901 19th Street, Denver, CO 80294.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Arapahoe County District Court by facsimile to **(303) 792-2401** and by regular mail to Clerk of the Arapahoe County District Court, 7325 S. Potomac St. Englewood, Colorado 80112.

Dated:  October 20, 2009

                                               BY THE COURT:

                                               s/ Kristen L. Mix
                                               U.S. Magistrate Judge