IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02735-MSK-KLM

CHARLES G. MEDICINE BLANKET,

    Plaintiff,

v.

HOYT BRILL, Warden, K.C.C.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion to Compel** [Docket No. 36; Filed February 16, 2010] (the "Motion").

    Applicant has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the Motion, Applicant seeks an order compelling production of the state court record. The Court ordered the Clerk of the Arapahoe County District Court to provide to this Court the original written record of Applicant's underlying criminal case [Docket No. 29]. After several extensions [Docket Nos. 31, 33, 35, 38], the Clerk filed the State Court Record [Docket No. 39]. The Clerk sought the last two extensions due to difficulties in locating volume three of the record. That volume is now included in the record and the record appears complete. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

Dated: April 6, 2010