# MEMORANDUM

**DATE**: August 23, 2010

**TO**: File 08-cv-02735-MSK-KLM

**FROM**: Judge Krieger

**CASE NAME**: *Charles Medicine Blanket v. Brill, et al.*

Applicant may proceed in forma pauperis on appeal.

*/s/ MSK*